IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DANNY BROWN,

    Petitioner,

v.                                     CASE NO. 4:13cv680-RH/CAS

STATE OF FLORIDA,

    Respondent.

_____/

**ORDER OF DISMISSAL**

    This case is before the court on the magistrate judge's report and recommendation, ECF No. 6. No objections have been filed.

    The report and recommendation concludes that the petition should be dismissed for failure to comply with the order to file an amended petition using the proper form. The form is an important part of managing the very high volume of habeas petitions in this district. The magistrate judge's order was entered more than three months ago, and the report and recommendation surely reminded the petitioner of this requirement. But still the petitioner has not filed an amended petition. The petitioner apparently has abandoned the case. Or at the very least,

the petitioner has failed to comply with the magistrate judge's order. Accordingly,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the court's opinion. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on April 14, 2014.

s/Robert L. Hinkle
United States District Judge